# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-730V
UNPUBLISHED

| | |
|---|---|
| TAMMY ROBINSON,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: February 10, 2021<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Ronald Craig Homer*, Conway, Homer, P.C., Boston, MA, for petitioner.

*Zoe Wade*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

　　On May 17, 2019, Tammy Robinson filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration (SIRVA) as a result of receiving an influenza (flu) vaccination on March 6, 2018. Petition at 1. Petitioner further alleges that she received the vaccine in the United States, and no lawsuits have been filed or settlements or awards accepted by anyone, including the petitioner, due to her vaccine-related injury. Petition at 1-2. The case was assigned to the Special Processing Unit of the Office of Special Masters.

　　On June 25, 2020, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On February 10, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $50,144.04. Proffer at

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

1. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $50,144.04 in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____
                                                          )
TAMMY ROBINSON,                        )
                                                          )
          Petitioner,                   )
                                                          )   No. 19-730V
    v.                                                  )   Chief Special Master Corcoran
                                                          )   ECF
SECRETARY OF HEALTH AND       )
HUMAN SERVICES,                           )
                                                          )
          Respondent.                )
_____)

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.**    **Items of Compensation**

On June 24, 2020, respondent conceded that entitlement to compensation was appropriate under the terms of the Vaccine Act in this case. ECF No. 31. Thereafter, on June 25, 2020, Chief Special Master Corcoran issued a Ruling on Entitlement, finding that petitioner was entitled to vaccine compensation for her Shoulder Injury Related to Vaccine Administration ("SIRVA"). ECF No. 32. Based upon the evidence of record, respondent proffers that petitioner should be awarded $50,144.04. The award is comprised of the following: $50,000.00 for pain and suffering and $144.04 for unreimbursed expenses. This amount represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.**    **Form of the Award**

The parties recommend that compensation provided to petitioner should be made through a lump sum payment of **$50,144.04**, in the form of a check payable to petitioner. Petitioner agrees.

Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

          Respectfully submitted,

          BRIAN M. BOYNTON
          Acting Assistant Attorney General

          C. SALVATORE D'ALESSIO
          Acting Director
          Torts Branch, Civil Division

          HEATHER L. PEARLMAN
          Acting Deputy Director
          Torts Branch, Civil Division

          DARRYL R. WISHARD
          Assistant Director
          Torts Branch, Civil Division

          */s/ Zoë R. Wade*
          Zoë R. Wade
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 146
          Benjamin Franklin Station
          Washington D.C. 20044-0146
          Tel: (202) 616- 4118
          zoe.wade@usdoj.gov

Dated:  February 10, 2021